# United States District Court
## for the
## EASTERN DISTRICT OF TENNESSEE

U.S.A. vs Jephihah Isaac     Docket No. 1:13-CR-2-001

TO: [1] Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>Jephihah Isaac | SEX<br>Male | RACE<br>Black, Non Hispanic | AGE: 37<br>FBI#: 800300PB0<br>USM#: 45774-074 |
| ADDRESS(STREET, CITY, STATE)<br>2704 Woodside Street<br>Chattanooga, TN 37407 | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br>Eastern District of Tennessee - Chattanooga | | | |
| CLERK<br>JOHN L. MEDEARIS, CLERK | (BY) DEPUTY CLERK | DATE<br>12/17/19 | |

| RETURN | | | |
|---|---|---|---|
| Warrant received and executed | DATE RECEIVED<br>4/22/21 | DATE EXECUTED<br>4/22/21 | |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>US Marshals Service | | | |
| NAME<br>Brian Biermann | (BY) | DATE<br>4/23/21 | |

9114262

8074-1217-0649-D

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the EASTERN DISTRICT OF TENNESSEE;" or "any United States Marshal, or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."