UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 21-mj-4062 |
| v. ) | Judge Newbern |
| ) | |
| JEPHIHAH ISAAC ) | |

### UNITED STATES' MOTION FOR DETENTION

The United States moves this Court for detention of the defendant under 18 U.S.C. §§ 3142 and 3583 pending a supervised release revocation hearing in the matter on that the basis that there are no conditions or combination of conditions that will assure the appearance of the Defendant.

The Defendant absconded from supervision in the Eastern District of Tennessee. While on supervised release, the Defendant had a number of positive urinalysis tests. He also failed to appear for several urinalysis tests and report to U.S. Probation as instructed. The Defendant was charged with new crimes in state court arising from possession of marijuana and ecstasy, but subsequently failed to appear for his court hearing. In light of the foregoing, the Defendant is a flight risk. The United States moves for a three (3) day continuance to prepare for the hearing.

Respectfully submitted,
MARY JANE STEWART
Acting United States Attorney

s/ *Monica R. Morrison*
MONICA R. MORRISON
Assistant United States Attorney
110 9th Avenue South
Nashville, Tennessee 37203
Phone: 615-401-6593

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 24, 2021, a true and exact copy of the foregoing document has been served through the electronic case filing system via e-mail.

*s/ Monica R. Morrison*
MONICA R. MORRISON
Assistant United States Attorney